**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | | |
|---|---|---|
| **KATTIA MENDEZ-GONZALEZ** | : | |
| | : | **CIVIL ACTION NO. 3:22-cv-00199** |
| **V.** | : | |
| | : | |
| **WAL-MART STORES EAST, LIMITED** | : | |
| **PARTNERSHIP, ET AL** | : | **FEBRUARY 3, 2022** |

<u>**DEFENDANTS' NOTICE OF REMOVAL**</u>

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendants, Wal-Mart Stores East, Limited Partnership and Walmart Inc. ("Defendants"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby remove this action from the Superior Court, Judicial District of New Haven, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which state as follows:

1.      The plaintiff, Kattia Mendez-Gonzalez ("Plaintiff"), commenced an action by service of process against the Defendants in state court entitled, *Kattia Mendez-Gonzalez v. Wal-Mart Stores East, Limited Partnership, et al.*, Docket No. NNH-CV22-6120616-S and returnable to the Superior Court, Judicial District of New Haven.   A copy of the referenced Summons and Complaint are attached hereto as <u>**Exhibit A.**</u>

2.      This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendants of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendants were served on January 5, 2022.

- 1 -

3.     In her Complaint, the Plaintiff alleges a negligence action against the Defendants and seeks unspecified damages. The Plaintiff, however, alleges that she sustained "…personal injuries about her head, neck, back, body and limbs, some or all of which are, or may be permanent in nature, including, without limitation, a trimalleolar fracture of the left ankle." See Exhibit A, at ¶ 6.  The Plaintiff further alleges that her "…injuries have caused, and will continue to cause, the plaintiff great pain, suffering and emotional distress, as well as loss of sleep. In addition, they required, and will continue to require, her to undergo extensive medical care and treatment, including, without limitation, the following:

   a.     Hospitalization;

   b.     Surgery;

   c.     Care of physicians and specialists;

   d.     Physiotherapy;

   e.     X-rays, MRIs and diagnostic tests; and

   f.     Prescription medications.

Id. at ¶ 7. The Plaintiff also alleges that she "…will never again be as well, healthy and able as she was prior to said collision. She has suffered a severe shock to her nervous system and her health has been permanently impaired." Id. at ¶ 8. Additionally, the Plaintiff alleges that as a result of her incident she "…lost time from her place of employment, and may lose considerable additional time in the future, and her earning capacity has been permanently impaired." Id. at ¶ 9. The Plaintiff further alleges that she "…was, and is, unable to fully perform and enjoy life's daily and recreational activities, and she may, or will be unable to perform and enjoy the same in the future." Id. at ¶ 10. Medical records received to date, state that the Plaintiff underwent surgery to repair a displaced ankle

**ROGIN NASSAU LLC** · ATTORNEYS AT LAW
CITYPLACE I · HARTFORD, CONNECTICUT  06103-3460 · (860) 256-6300 · JURIS NO. 050793

fracture. The Plaintiff is 49 years-old with an average life expectancy of approximately 36 years. Additionally, Plaintiff's counsel has represented that he would not recommend that the Plaintiff settle this matter for less than $275,000.00. Based on the Plaintiff's allegations and the Defendants' investigation to date, the damages claimed exceed $75,000.00 upon information and belief.

4.      According to the Summons filed by the Plaintiff, she resides in Naugatuck, Connecticut and, accordingly, is a citizen of the State of Connecticut.

5.      Defendant, Wal-Mart Stores East, Limited Partnership is a Delaware limited partnership. The sole general partner of Wal-Mart Stores East, Limited Partnership, is WSE Management, LLC and the sole limited partner is WSE Investment, LLC. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is an Arkansas limited liability company, and its sole member is Walmart Inc. Defendant, Walmart Inc., is a Delaware corporation with its principal place of business in Bentonville, Arkansas. Defendants Wal-Mart Stores East, Limited Partnership and Walmart Inc., respectively, are citizens of the States of Delaware and Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendants.

6.      The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441.

7.      This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendants are citizens of different states.

- 3 -

Dated this -- day of February, 2022.

THE DEFENDANTS,

By: ___ /s/ George C. Springer, Jr. ___
George C. Springer, Jr. [ct03263]
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
Tel: (860) 256-6380
Fax: (860) 278-2179
E-mail: gspringer@roginlaw.com

- 4 -

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically this 3rd day of February 2022 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Edward L. Walsh, Esq.
Edward L. Walsh, LLC
51 Elm Street
New Haven, CT 06510
ed@attorneyedwalsh.com

/s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]

- 5 -

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>235 Church Street, New Haven, CT  06510 | Telephone number of clerk<br>( 203 ) 503 – 6800 | Return Date *(Must be a Tuesday)*<br>02/22/2022 |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session    Number: | At *(City/Town)*<br>NEW HAVEN | Case type code *(See list on page 2)*<br>Major: T    Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Edward L.Walsh, LLC, 51 Elm St., New Haven, CT  06510 | Juris number *(if attorney or law firm)*<br>102076 |
|---|---|
| Telephone number<br>( 203 ) 624 – 1700 | Signature of plaintiff *(if self-represented)* | |
| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>ed@attorneyedwalsh.com |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:  MENDEZ-GONZALEZ, KATTIA<br>Address:  27 CLIFF STREET, NAUGATUCK, CT  06770 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name:   WAL-MART STORES EAST LIMITED PARTNERSHIP, 708 SW 8th St., Bentonville, AR 72716<br>Address: Agent for Service:  CT Corporation System,67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| **Additional defendant** | Name:  WALMART, INC., 708 SW 8th St., Bentonville, AR 72716<br>Address: Agent for Service:  CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>01/03/2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>EDWARD L. WALSH |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| | | For Court Use Only |
|---|---|---|
| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)*       Date | File Date<br><br>Docket Number |

RETURN DATE: FEBRUARY 22, 2022       :       SUPERIOR COURT

KATTIA MENDEZ-GONZALEZ          :       J.D. OF NEW HAVEN

VS.          :       AT NEW HAVEN

WAL-MART STORES EAST LIMITED
PARTNERSHIP, ET AL          :       JANUARY 3, 2022

## COMPLAINT

1.     On February 17, 2021, and for some time prior thereto, the defendants, Wal-Mart Stores East Limited Partnership, and WalMart, Inc., through their agents, servants and/or employees, owned, managed, controlled and possessed the building and sidewalk area located at 315 Foxon Road, New Haven, Connecticut.

2.     On said date, at approximately 3:44 p.m., the plaintiff, Kattia Mendez-Gonzalez, was lawfully upon said sidewalk area as a business invitee.

3.     At said time and place, as the plaintiff was walking out of the store, she was caused to slip and fall forcibly to the ground as a result of accumulated ice on the sidewalk area.

4.     Said occurrence and the plaintiff's injuries and damages were caused by the negligence and carelessness of the defendants, their agents, servants and/or employees in any one or more of the following respects:

EDWARD L. WALSH, LLC • NEW HAVEN, CONNECTICUT 06510 • 624-1700 • JURIS NO. 102076

51 ELM STREET •

a.    They caused or allowed and permitted the sidewalk area to be remain in a slippery, dangerous and unsafe condition;

b.    They caused or allowed and permitted the surface of the sidewalk area to be and remain covered with ice when the same was dangerous to the plaintiff and other persons walking on it;

c.    They caused or allowed and permitted precipitation to accumulate on and form ice upon the surface of the sidewalk area;

d.    They failed to make a reasonable inspection of the surface of the sidewalk area and correct said dangerous and hazardous condition created by the accumulated ice;

e.    They failed to make a reasonable inspection of the sidewalk area and correct said dangerous and hazardous condition by spreading salt and sand or some other material to allow for better traction and safety;

f.    They failed to post signs or barriers or other warning devices to warn persons lawfully on and using said premises of said dangerous and hazardous condition created by the accumulated ice on the surface of the sidewalk area;

g.    They failed and neglected to keep and maintain said premises including the surface of the sidewalk area in a reasonably safe condition.

EDWARD L. WALSH, LLC   •   51 ELM STREET   •   NEW HAVEN, CONNECTICUT 06510   •   624-1700   •   JURIS NO. 102076

2

5.   The defendants knew, or had they exercised due care and proper diligence should have known, of the aforesaid dangerous condition of the sidewalk area.

6.   As a result of said incident, the plaintiff, Kattia Mendez-Gonzalez, sustained personal injuries about her head, neck, back, body and limbs, some or all of which are, or may be, permanent in nature, including, without limitation, a trimalleolar fracture of the left ankle.

7.   Said injuries have caused, and will continue to cause, the plaintiff great pain, suffering and emotional distress, as well as loss of sleep.  In addition, they required, and will continue to require, her to undergo extensive medical care and treatment including, without limitation, the following:

    a.  Hospitalization;

    b.  Surgery;

    c.  Care of physicians and specialists;

    d.  Physiotherapy;

    e.  X-rays, MRIs and diagnostic tests; and

    f.  Prescription medications.

8.   The plaintiff will never again be as well, healthy and able as she was prior to said collision.  She has suffered a severe shock to her nervous system and her health has been permanently impaired.

EDWARD L. WALSH, LLC  •  51 ELM STREET  •  NEW HAVEN, CONNECTICUT 06510  •  624-1700  •  JURIS NO. 102076

3

9.   As a further result of said collision, the plaintiff lost time from her place of employment, and may lose considerable additional time in the future, and her earning capacity has been permanently impaired.

10.   As a further result of said collision, the plaintiff was, and is, unable to fully perform and enjoy life's daily and recreational activities, and she may, or will, be unable to perform and enjoy the same in the future.

WHEREFORE, the plaintiff claims:

1.      Money damages;

2.      Costs;

3.      Such other and further relief as to which equity may pertain.

Dated at New Haven, Connecticut, this 3rd day of January, 2022.

THE PLAINTIFF,
KATTIA MENDEZ-GONZALEZ

By: _____
EDWARD L. WALSH
Edward L. Walsh, LLC
51 Elm Street
New Haven, CT  06510
Telephone No. (203) 624-1700
Fax No. (203) 624-1700
Juris #102076

4

RETURN DATE:  FEBRUARY  22, 2022                :        SUPERIOR COURT

KATTIA MENDEZ-GONZALEZ                          :        J.D. OF NEW HAVEN

VS.                                             :        AT NEW HAVEN

WAL-MART STORES EAST LIMITED
PARTNERSHIP, ET AL                              :        JANUARY 3, 2022

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand, exclusive of interest and costs, is in excess of Fifteen Thousand ($15,000.00) Dollars.

Dated at New Haven, Connecticut, this  3rd day of January 3, 2022.

                                        THE PLAINTIFF,
                                        KATTIA MENDEZ-GONZALEZ


                                        BY: _____
                                            EDWARD L. WALSH
                                            Edward L. Walsh, LLC
                                            51 Elm Street
                                            New Haven, CT 06510
                                            Telephone No. (203) 624-1700
                                            Fax No. (203) 624-1700
                                            Juris No.102076